| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES GAUTHIER, §
　　　　　　　　　　　　　　　 §
　　　　Plaintiff, §
　　　　　　　　　　　　　　　 §
*versus* § CIVIL ACTION NO.1:23-CV-281
　　　　　　　　　　　　　　　 §
GOODYEAR TIRE & RUBBER CO., §
　　　　　　　　　　　　　　　 §
　　　　Defendant. §

## ORDER TO SHOW CAUSE

It is ordered that Brandon Monk show cause before the court in Courtroom #3, 300 Willow Street, Beaumont, Texas, (409) 654-2880, on Thursday, November 21, 2024, at 4:00 p.m., why the court should not impose sanctions for his failure to comply with Federal Rule of Civil Procedure 11(b)(2), as well as the Eastern District of Texas Local Rules, including but not limited to Local Rule AT-3(b), stating that a lawyer owes a duty to exercise candor, diligence, and utmost respect to the judiciary, and AT-3(m), requiring a lawyer to review and verify any computer-generated content to ensure that it complies with all such standards.

Mr. Monk is directed to bring two copies of the following case cited in his responsive brief (#41):

- *Beets v. Texas Instruments, Inc.*, No. 94-10034, 1994 WL 714026 (5th Cir. Dec. 16, 1994).

In addition, Mr. Monk is directed to bring two copies of the following cases, highlighting the quoted material included in his responsive brief (#41):

- *Morales v. SimuFlite Training Int'l, Inc.*, 132 S.W.3d 603 (Tex. App.—Fort Worth 2004, no pet.);

- *White v. FCI USA, Inc.*, 319 F.3d 672 (5th Cir. 2003);

- *Roca v. King's Creek Plantation, LLC*, 500 F. App'x 273 (5th Cir. 2012);

- *Burton v. Freescale Semiconductor, Inc.*, 798 F.3d 222 (5th Cir. 2015);

- *Texas Dep't of Human Servs. v. Hinds*, 904 S.W.2d 629 (Tex. 1995);

- *Physio GP, Inc. v. Naifeh*, 306 S.W.3d 886 (Tex. App.—Houston [14th Dist.] 2010, no pet.); and

- *City of Midland v. O'Bryant*, 18 S.W.3d 209 (Tex. 2000).

SIGNED at Beaumont, Texas, this 7th day of November, 2024.

        *[signature]*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE