# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| DATE: | November 21, 2024 | CASE NUMBER: | **1:23CV281** |
| LOCATION: | Beaumont – Courtroom 3 | CASE STYLE: | GOODYEAR TIRE & RUBBER CO, |
| COURTROOM DEPUTY: | Julia Colyer | | |
| COURT REPORTER: | Ruth Weese | ATTY FOR PLAINTIFF: | Brandon Monk |
| INTERPRETER: | None | | |
| CALLED: | 4:06 PM | ATTYS FOR DEFENDANT: | Urvashi Morolia |
| ADJOURNED: | 4:34 PM | | |
| DURATION: | **28 Minutes** | | |

## SHOW CAUSE HEARING

*This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:*

| | |
|---|---|
| 4:06 PM | The Court calls the case. Plaintiff's counsel Brandon Monk announces his appearance on behalf of James Gauthier. Defendant's counsel Urvashi Morolia is present on behalf of Goodyear Tire & Rubber Co. |
| 4:08 PM | Court addresses Monk regarding CMECF document 41. Monk was unable to provide the documents listed in the order to show cause. Court addresses Morolia. |
| 4:27 PM | Court recesses to allow Morolia to gather information requested by the Court. |
| 4:28 PM | Court resumes. Morolia reports that their firm spent more than 10 hours examining document 41, at a cost of more than $7,000.00. |
| 4:30 PM | Court orders Monk be sanctioned to pay a $2,000 fine and attend training regarding ethics and Artificial Intelligence. Court also orders Monk to apprise his client of the situation. |
| 4:34 PM | Court adjourns. |