IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES GAUTHIER, | § | |
|    Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| | § | 1:23-CV-00281 |
| V. | § | |
| | § | |
| GOODYEAR TIRE & RUBBER CO., | § | |
|    Defendant | § | |

## CERTIFICATION

Before me, a notary in and for the State of Texas, on this date personally appeared Brandon P. Monk of The Monk Law Firm, attorney for Plaintiff, James Gauthier, and acknowledged to me and executed same for the purposes and consideration as states:

> As Ordered by this Honorable Court, I certify that Plaintiff, James Gauthier, was served a copy of the Memorandum and Order (Dkt. 48), filed on November 25, 2024, via email on Monday, November 25, 2025 (Exhibit A). Further, after the payment was made on November 26, 2024 to the registry of the Court, I sent Mr. James Gauthier a copy of the receipt the same day to update him related to the payment of the fine.

Signed this 26th day of November, 2024.

BRANDON P. MONK
THE MONK LAW FIRM
State Bar No. 24048668
4875 Parker Drive
Beaumont, Texas 77705
Phone: (409) 724-6665
Fax: (409) 729-6665
brandon@themonklawfirm.com

ATTORNEYS FOR PLAINTIFF

1 | Page

Sworn to and subscribed to before me on this 26th day of November, 2024 by BRANDON P. MONK, known to me, or identified through examination of driver's license or other identification, to be the person whose name is subscribed hereto.



Notary Public - State of Texas

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of November, 2024, a correct copy of the foregoing was sent via the federal electronic filing system to counsel for Defendant.

BRANDON P. MONK