# Exhibit A



---

## Fwd: New filing in Gauthier v. Goodyear Tire & Rubber Co.: MEMORANDUM AND ORDER: granting [45] (txed-1:2023-cv-00281)

---

**Brandon Monk** <brandon@themonklawfirm.com>                                    Mon, Nov 25, 2024 at 3:54 PM
To: jamesgauthierjr@yahoo.com

---------- Forwarded message ---------
From: **DocketBird** <do-not-reply@docketbird.com>
Date: Mon, Nov 25, 2024 at 3:53 PM
Subject: New filing in Gauthier v. Goodyear Tire & Rubber Co.: MEMORANDUM AND ORDER: granting [45] (txed-1:2023-cv-00281)
To: Brandon <brandon@themonklawfirm.com>



### Dear Brandon,

A document has been filed in a case you are following on DocketBird.

Case:    *Gauthier v. Goodyear Tire & Rubber Co.* (txed-1:2023-cv-00281)

Court:   Eastern District of Texas

48.   **MEMORANDUM AND ORDER: granting [45] Plaintiff's Motion to Amend its Response. If Goodyear chooses, it may file a reply to the Amended Response within seven days of this order. If Goodyear files such a reply, Plaintiff may file a sur-reply within seven days of the reply. Signed by District Judge Marcia A. Crone on 11/25/2024.**

**Download these documents as a single PDF**

This notification was sent to the following email addresses associated with your company: brandon@themonklawfirm.com, ecook@themonklawfirm.com, mlejeune@themonklawfirm.com, receptionist@themonklawfirm.com

You can view the docket sheet in this case by clicking the link above, or by logging into your DocketBird account.

If you need any help, don't hesitate to let us know.

Thanks,

Team DocketBird

DocketBird ID: 2024/11/25/[$LATEST]1cee2a7ec7a442fa83dbb8428c151e77|

pts61u1rjt3q9q2310iiboukce12rhq3jmn3q0o1

Tired of these notifications? You can turn them off in your **DocketBird Case Management Settings.**

Made by **Mink LLC**

Las Vegas, NV

**0048. (2024-11-25) MEMORANDUM AND ORDER- granting [45] Plaintiffs Motion to Amend its Response. If Goodyear chooses i.pdf**
161K